UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Anthony Alonzo Pryor, | ) | Civil Action No. 4:17-cv-02827-DCN-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nancy Berryhill, | ) | |
| Acting Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the parties' Stipulation to Expunge Unrelated Pages of the Administrative Record,

**IT IS HEREBY ORDERED** that:

1. All electronic copies of the Certified Administrative Record (docket entry 9) filed with the Court on February 16, 2018, with the Commissioner's Answer in the possession of Plaintiff's attorney(s), and the Assistant United States Attorney and Special Assistant United States Attorney assigned to this case will be destroyed.

2. All electronic copies of the Certified Administrative Record (docket entry 9) filed with the Court on February 16, 2018 with the Commissioner's Answer will be destroyed by the Court, including the documents available via the CM/ECF system.

3. Pages 283, 284, 285 and 417 will be removed from the hard paper Certified Administrative Transcript provided to the Court.

4. The Commissioner will file a Supplemental Certified Administrative Record, with appropriate redactions. The Supplemental Certified Administrative Record will reflect that

pages 283, 284, 285 and 417 pertained to an individual other than Plaintiff and have been removed.

5. Pages 283, 284, 285 and 417 in the Certified Administrative Record (docket entry 9) filed on February 16, 2018 with the Commissioner's Answer, will not be disclosed to anyone.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

May 7, 2018

Florence, South Carolina